STATE of Missouri, Plaintiff/Respondent,

v.

Julian L. STOCKAMP, Defendant/Appellant.

No. ED 98311.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 29, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2013.

Application for Transfer Denied May 28, 2013.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Roxanna A. Mason, Assistant Public Defender, St. Louis, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment entered upon a jury verdict finding him guilty of possession of a controlled substance, in violation of section 195.202 RSMo (2000). The trial court found him to be a prior drug offender and sentenced

him to seven years imprisonment, to be served concurrently with the other sentences he was then serving.

No error of law appears and no jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).